## RECONSIDERATION OF PRIOR DECISIONS

**2007–2424. State v. Davis.**
Cuyahoga App. No. 88895. Reported at 119 Ohio St.3d 113, 2008-Ohio-3879, 892 N.E.2d 446. On motion for reconsideration. Motion denied.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–0719. Howard v. Lawton.**
Franklin App. No. 07AP–603, 2008-Ohio-767. Reported at 119 Ohio St.3d 1410, 2008-Ohio-3880, 891 N.E.2d 770. On motion for reconsideration. Motion denied.

**2008–0825. In re Foreclosure of Lien for Delinquent Taxes.**
Jefferson App. No. 06–JE–40, 2008-Ohio-1173. Reported at 119 Ohio St.3d 1412, 2008-Ohio-3880, 891 N.E.2d 771. On motion for reconsideration. Motion denied.

**2008–0862. Natl. Check Bur., Inc. v. Esque.**
Cuyahoga App. No. 89556, 2008-Ohio-692. Reported at 119 Ohio St.3d 1413, 2008-Ohio-3880, 891 N.E.2d 771. On motion for reconsideration. Motion denied.

**2008–0892. State v. Cleland.**
Medina App. No. 06CA0073–M, 2008-Ohio-1319. Reported at 119 Ohio St.3d 1414, 2008-Ohio-3880, 891 N.E.2d 772. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, LANZINGER, and CUPP, JJ., dissent.

**2008–0899. State v. Murage.**
Butler App. No. CA2007–07–166, 2008-Ohio-1356. Reported at 119 Ohio St.3d 1414, 2008-Ohio-3880, 891 N.E.2d 772. On motion for reconsideration. Motion denied.

**2008–1102. Cunningham v. Williams.**
In Habeas Corpus. Reported at 119 Ohio St.3d 1404, 2008-Ohio-3880, 891 N.E.2d 766. On motion for reconsideration. Motion denied.

**2008–1190. Cottrill v. Anderson.**
In Habeas Corpus. Reported at 119 Ohio St.3d 1404, 2008-Ohio-3880, 891 N.E.2d 766. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS

*October 1, 2008*

[Cite as *10/01/2008 Case Announcements #2*, 2008-Ohio-5040.]

## MISCELLANEOUS DISMISSALS

**2008–1872. State ex rel. Doucher v. Brunner.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. It appears from the records of the court that the relators have not filed a brief, due September 29, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.